JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WENDY BENGE, | Case No. CV 23-1964 PA (SKx) |
|---|---|
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| W HOTEL HOLLYWOOD MANAGEMENT, INC., et al., | |
| Defendants. | |

In accordance with the Court's April 25, 2023, Minute Order dismissing this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: April 25, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE